IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

                    Plaintiff,

v.                                                        CR 25-4407 MLG

DESHAWN ROBERTSON,

                    Defendant.

### **ORDER ALLOWING WITHDRAWAL OF COUNSEL**

**THIS MATTER** came before the Court on Defendant's Motion to Determine Counsel [doc. 41] filed July 24, 2026.  The Court finds that the motion is well taken and should be granted.

**IT IS HEREBY ORDERED** that Gene Allen Franco is permitted to withdraw as counsel in this matter.

**IT IS HEREBY ORDERED** that new counsel shall be appointed to represent Mr. Robertson.

_____
UNITED STATES MAGISTRATE JUDGE